UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 23-3211-MWF (MRWx)          **Date:** November 30, 2023
**Title:**   Mostafa Ahmed Abdelhamed Dawod v. Merrick Garland et al.

**Present:**  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On October 12, 2023, the Court granted Defendants' Motion to Dismiss, concluding that Plaintiff Mostafa Ahmed Abdelhamed Dawod failed to sufficiently allege a claim under the Administrative Procedure Act. (Docket No. 33). The Court granted Plaintiff leave to file a Second Amended Complaint, if any, by October 30, 2023. (*Id.*). There has been no further activity in this action since the Court denied the Motion to Dismiss.

As such, Plaintiff is **ORDERED TO SHOW CAUSE** ("OSC"), in writing, by no later than **December 15, 2023**, why this action should not be dismissed for failure to state a claim for relief under Federal Rule 12(b)(6) and/or failure to prosecute under Federal Rule 41(b). *See Reed v. Lieurance*, 863 F.3d 1196, 1207 (9th Cir. 2017) ("A trial court may dismiss a claim sua sponte under Rule 12(b)(6)[.]" (citations omitted)); *see also Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) ("[A] District Court may dismiss a complaint for failure to prosecute[.]").

Plaintiff is warned that failure to respond to the OSC by **December 15, 2023**, will result in dismissal of this action. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.